STATE OF NORTH CAROLINA v. LEON M. KNIGHT.

(Filed 23 November, 1960.)

APPEAL from *Hobgood, J.,* August 1960 Term, of LEE.

This is a criminal action. The warrant charges that defendant, Leon M. Knight, on 16 May 1960 operated a motor vehicle on a public highway while under the influence of intoxicating liquor. From a verdict of guilty and judgment entered thereon in the County Criminal Court of Lee County defendant appealed to Superior Court.

In Superior Court there was a trial *de novo.* Plea: not guilty. Verdict: guilty. Judgment: prison sentence, suspended on conditions. Defendant appeals.

IN RE WICKER.

*Attorney General Bruton and Assistant Attorney General McGalliard for the State.*
*Gavin, Jackson, Gavin & Williams for defendant.*

PER CURIAM. Exceptions to the charge of the court are without merit. The evidence was sufficient to make out a case for the jury. In the trial we find no prejudicial error.

No error.